FILED

MAR - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v<br><br>SARTAJ CHAHAL,<br><br>    Defendant. | Mag. No. 09-MJ-0059 KJM<br><br>ORDER UNSEALING CRIMINAL<br>COMPLAINT AND AFFIDAVIT IN<br>SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 09-MJ-0059 KJM be, and is, hereby ordered **UNSEALED**.

DATED: 3-5-09

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE