JOSEPH SHEMARIA, Esq.
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 310-278-2660
Email:lalawyr1@gmail.com

EMMANUEL ENYINWA, Esq.
807 Montgomery St
San Francisco, CA 94133
Telephone:(415) 956-6100
Email:enyinwalaw@sbcglobal.net
Attorneys for Defendant,
SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-0125-FCD |
| | ) | |
| Plaintiff, | ) | ORDER APPROVING ASSOCIATION |
| | ) | OF COUNSEL |
| vs. | ) | |
| | ) | |
| SARTAJ CHAHAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The request of Defendant, SARTAJ CHAHAL, to associate Joseph Shemaria, Esq. as cocounsel is hereby APPROVED.

**IT IS SO ORDERED.**

DATED: April 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-1-