LAW OFFICES OF JOSEPH SHEMARIA
Joseph Shemaria, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 772-2211

Attorney for the Defendant
SARTAJ CHAHAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**was at its root is going to come out on the footer is your problem**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR- 09-0125-FCD |
| Plaintiff, | ) |
| | ) |
| | ) **ORDER FOR BAIL REVIEW OR** |
| v. | ) **RECONSIDERATION OF ORDER** |
| | ) **SETTING CONDITIONS** |
| SARTAJ CHAHAL, et al., | ) **OF RELEASE OR DETENTION**, |
| | ) **(18 U.S.C. §3142)** |
| Defendants. | ) |

**GOOD CAUSE APPEARING THEREFOR**,

The Court orders this case put on calendar for a Bail Review Hearing on Friday, April 10, 2009 at 2:00 PM in the Courtroom Twenty-Six.

DATED: April 8, 2009

_____
U.S. MAGISTRATE JUDGE

United States of America v. Sartaj Chahal
[Proposed] ORDER on Defendants Application for
Bail Review Hearing
Case No. CR-09-0125-FCD