```
LAWRENCE G. BROWN
Acting United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>SARTAJ CHAHAL, et al.,<br><br>         Defendants. | Case No. 2:09-cr-0125 FCD<br><br>STIPULATION AND PROTECTIVE ORDER REGULATING DISCOVERY AS TO DEFENDANT SARTAJ CHAHAL<br><br>FED. R. CRIM. P. 16(d)(1) |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Chahal, et. al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over additional discovery in this case to defendant Sartaj CHAHAL ("CHAHAL"), beginning with Bates Stamp B0050 ("The Protected Material"). While not every defendant in this case may be entitled to each page of this discovery, disclosure of The Protected Materials to CHAHAL may be required pursuant to the government's discovery obligations and, even if not required, will facilitate CHAHAL's

1

1 preparation for trial and/or decision to resolve his
2 case.
3   2. The Protected Material is now and will forever remain
4 the property of the United States. The Protected
5 Material is entrusted to counsel for CHAHAL only for
6 purposes of representation of his client in this case.
7   3. The purpose of this Order is to establish the
8 procedures that must be followed by defense counsel of
9 record, his designated employees, all other counsel
10 assisting him in this case, translators for the
11 defense, any Court personnel, and all other individuals
12 who receive access to this information or these
13 documents in connection with this case.
14   4. Counsel for CHAHAL shall not give the Protected
15 Material to any person other than counsel's staff,
16 proposed expert(s), if any, investigator(s), or any
17 person hired by defense counsel deemed necessary to
18 assist in the defense of this case.  The terms "staff,"
19 "expert(s)," "any person hired by defense counsel to
20 assist in the defense of this case" and "investigator"
21 shall explicitly exclude any other defendant in this
22 multi-defendant case, or any other person other than
23 those specifically described in this paragraph.
24   5. Any person receiving a copy of the Protected Material
25 from counsel for CHAHAL shall be bound by the same
26 obligations as defense counsel and, further, may not
27 give the Protected Material to anyone (except that the
28 Protected Material shall be returned to counsel, see,

|   |   |   |
|---|---|---|
| 1 |    | infra). |
| 2 | 6. | Counsel for CHAHAL shall maintain a list of persons to whom any portions or copies of the Protected Material has (or have) been given. Such persons shall be provided with a copy of this Stipulation and Order and shall sign a copy of the Stipulation and agree to be bound by the Order and note that they understand its terms and agree to them by signing. |
| 9 | 7. | Counsel for CHAHAL may use any and all of the Protected Materials in the vigorous defense of his client in the instant case in any manner he deems essential to adequately represent his client (i.e., in motions that are filed under seal, if necessary, in ex-parte applications as may be needed, and as evidence, as may be needed), consistent with the Protective Order as it shall be originally prepared and signed. In the event defense counsel needs to use the Protected Materials in a manner not authorized under the present Proposed Protective Order, he shall be entitled to seek to have the order amended in order to meet his obligations under the Sixth Amendment to the United States Constitution. |
| 23 | 8. | Within twenty days of the finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court, counsel for CHAHAL shall return any and all copies of the Protected Material and so certify to |

3

1        the attorney for the government.
2    9.  Any and all copies of the Protected Materials that may
3        have been made by defense counsel, his staff, any
4        proposed expert(s), if any, investigator, or any person
5        hired by defense counsel to assist in the defense of
6        this case shall remain in the possession of the person
7        defense counsel entrusted to them until the case
8        terminates at the District Court level. Thereafter,
9        within 20 days of either sentencing more some other
10       order terminating the jurisdiction of the District
11       Court, each person to whom defense counsel entrusted a
12       copy of any of the Protected Materials must return them
13       to defense counsel and he, in turn, shall return them
14       to the government within 30 days of the case becoming
15       final in the District Court. Defense counsel shall
16       return the materials in accordance with paragraph 7,
17       above.

                                        Respectfully Submitted,

DATE: July 8, 2009                      LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


DATE: July 8, 2009                      /s/ Joseph Shemaria
                                        JOSEPH SHEMARIA, Esq.
                                        Counsel for Sartaj CHAHAL
                                        Electronically authorized to
                                        sign for Mr. Shemeria on
                                        July 7, 2009.

**O R D E R**

Based upon the agreement of the parties and good cause appearing therefore, the Court adopts the proposed stipulation regulating certain discovery as to defendant Sartaj CHAHAL.

**IT IS SO ORDERED.**

DATED: July 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE