LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 278-2660
Fax: (310) 988-2627
Email: lalawyr1@gmail.com

Attorney for Defendant
SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO. CR.S-09-0125-FCD |
| )  | |
| Plaintiff,  )  | **ORDER CONTINUING STATUS** |
| )  | **CONFERENCE** |
| v.  )  | |
| )  | |
| SARTAJ CHAHAL,  )  | |
| )  | |
| Defendant.  )  | |
| _____ )  | |

   GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED that the Trial Confirmation Hearing/ Status Conference presently set for December 14, 2009 is hereby continued to January 11, 2010 at 10:00 a.m.

Dated: December 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE