LAW OFFICES OF JOSEPH SHEMARIA

JOSEPH SHEMARIA, Esq., State Bar No. 47311

1801 Century Park East, Suite 2400

Los Angeles, California 90067

Email:lalawyr1@gmail.com

Attorney for Defendant,

SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>SARTAJ CHAHAL, et al.<br><br>           Defendants.<br>_____ | CASE NO. CR-09-0125-FCD<br><br>ORDER GRANTING EX PARTE APPLICATION TO FILE MOTION UNDER SEAL |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the APPLICATION of defendant herein for an ORDER to file his Motion To Dismiss, as well as the Ex Parte Application to file under seal is hereby GRANTED.

DATED: January 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE