UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

SARTAJ CHAHAL, et al.,

          Defendants.

NO. CR. S-09-125 FCD

MEMORANDUM AND ORDER

----oo0oo----

On January 28, 2010, defendant Sartaj Chahal filed a "motion to disclose five pages of grand jury transcript for use in [his] motion to dismiss [the] indictment for government misconduct and mis-instruction of [the] grand jury."[1] The government responded to the motion on February 1, 2010, indicating its non-opposition to the motion, provided the court made the requisite findings. (Docket #101).

In light of the government's non-opposition and finding good cause to order limited disclosure of the subject grand jury

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

1  transcript, the court GRANTS defendant's request for production
2  of pages J-0197 to J-202,[2] attached as part of Ex. A to the
3  government's opposition to defendant's motion to dismiss.
4  Disclosure of said portion of the grand jury transcript is
5  authorized by Rule 6(e)(3)(E)(ii) of the Federal Rules of
6  Criminal Procedure,[3] and is warranted considering defendant's
7  showing of a "particularized need" for the transcript which
8  "outweighs the policy of secrecy."  United States v. Walczak, 783
9  F.2d 852, 857 (9th Cir. 1986).

10      Accordingly, the government is ordered to produce the
11 subject portion of the transcript to defendant on or before
12 February 3, 2010 at 9:00 a.m.  Because defendant has indicated
13 his intent to use said transcript in support of his motion to
14 dismiss the indictment, the court will order the hearing on
15 defendant's motion sealed pursuant to Rule 6(e)(5).
16      IT IS SO ORDERED.
17 DATED: February 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] There appears to a typographical error in defendant's instant motion, as he inconsistently references at one point, the entirety of the transcript, pages J-0177 to J-0202.  The court has construed defendant's request as pertaining to only 5 pages of the transcript.

[3] Said Rule provides, in pertinent part, that the court has discretionary authority to order "disclosure--at any time, in a manner, and subject to any conditions that it directs--of a grand-jury matter."

2