JOSEPH SHEMARIA
Attorney at Law
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel:(310) 278-2660
Fax:(310 ) 988-2627
Email: lalawyr1@gmail.com

Attorney for Defendant
SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-09-0125-FCD |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING** |
| ) | **HEARING TO DECEMBER TO 6, 2010** |
| v. ) | |
| ) | |
| SARTAJ CHAHAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation to Continue the Sentencing Hearing presently set for September 27, 2010 at 10:00 AM is hereby granted and the Sentencing Hearing is hereby continued to December 6, 2010 at 10:00 AM.

Dated: September 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE