1  LAW OFFICES OF JOSEPH SHEMARIA
2  Joseph Shemaria, Esq., State Bar No. 47311
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone: (310) 278-2660
4
5  Attorneys for Defendant

6  SARTAJ CHAHAL

7

8                              UNITED STATES DISTRICT COURT
9
                              EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,

12                                        )  No.:  CR-S-09-0125-FCD
                    Plaintiff,            )
13                                        )  **ORDER CONTINUING**
                                          )  **SENTENCING HEARING FROM**
14                                        )  **DECEMBER 6, 2010 to JANUARY 24, 2011**
         v.                               )
15                                        )
                                          )
16                                        )
   SARTAJ CHAHAL,                         )
17                                        )
                    Defendant.            )
18 _____ )

19    GOOD CAUSE APPEARING,

20
      IT IS HEREBY ORDERED that the sentencing date in the above-captioned case is hereby
21
22 continued from December 6, 2010 to January 24, 2011, at 10:00 a.m..

23

24 Dated:  November 29, 2010

25

26                                        _____
                                          FRANK C. DAMRELL, JR.
27                                        UNITED STATES DISTRICT JUDGE

28

                                        -1-

Case No. CR-09-0125-FCD