JOSEPH SHEMARIA
Attorney at Law
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel:(310) 278-2660
Fax:(310 ) 988-2627
Email: lalawyr1@gmail.com

Attorney for Defendant
SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-09-0125-FCD |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING** |
| | ) | **HEARING FROM JANUARY 24, 2011 TO** |
| v. | ) | **FEBRUARY 28, 2011** |
| | ) | |
| SARTAJ CHAHAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation to Continue the Sentencing Hearing presently set for January 24, 2011 at

10:00 AM is hereby granted and the Sentencing Hearing is hereby continued to February 28, 2011 at

10:00 AM.

Dated:  January 14, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE