LAW OFFICES OF JOSEPH SHEMARIA
Joseph Shemaria, Esq., State Bar No. 47311
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 278-2660

Attorneys for Defendant

SARTAJ CHAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SARTAJ CHAHAL,   et. al.,<br><br>       Defendants. | No.: CR S-09-0125 FCD<br><br>**ORDER CONTINUING**<br>**STATUS CONFERENCE FROM**<br>**FEBRUARY 28, 2011 TO MARCH 28, 2011** |

GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED that the sentencing date in the above-captioned case is hereby continued from February 28, 2011 to March 28, 2011 at 10:00 a.m.

Dated: February 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-1-

United States of America v. Sartaj Chahal
Ex Parte Application To Continue Sentencing Hearing;
Case No. CR-09-0125-FCD