THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Sartaj Chahal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SARTAJ CHAHAL,<br><br>        Defendant. | ) Case No.: 2:09-cr-00125-FCD<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE JUDGMENT AND<br>) SENTENCING<br>)<br>) Date:    May 23, 2011<br>) Time:   10:00 a.m.<br>) Judge:  Hon. Frank C. Damrell, Jr.<br>) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 28th, 2011 at 10:00 a.m. is continued to May 23rd, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to review of discovery and preparation of counsel.  The Defendant has just switched counsel and Mr. Johnson needs time to review the case.

**IT IS SO STIPULATED.**

DATED:  March 23rd, 2011                    By:    /s/  Thomas A. Johnson
                                                         THOMAS A. JOHNSON
                                                         Attorney for Defendant
                                                         SARTAJ CHAHAL

1  DATED: March 23rd, 2011                    BENJAMIN WAGNER
                                              United States Attorney

2                                       By:   /s/ Jason Hitt
                                              JASON HITT
3                                             Assistant U.S. Attorney

4

5

6      **IT IS SO ORDERED.**

7  Dated: March 23, 2011
                                         _____
8                                        FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
9