THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Sartaj Chahal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SARTAJ CHAHAL,<br>　　　　　Defendants. | Case No.: 2:09-cr-00125-FCD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　August 8th, 2011<br>Time:　10:00 a.m.<br>Judge:　Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 23rd, 2011 at 10:00 a.m. is continued to August 8th, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to review of discovery and preparation of counsel.  The Defendant has just switched counsel and Mr. Johnson needs time to review the case.

　　It is further stipulated that the period from the date of this stipulation through and including August 8th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

STIPULATION AND ORDER　　　- 1 -

1 | DATED: May 11th, 2011


1  DATED:  May 11th, 2011              By:     /s/  Thomas A. Johnson
                                              THOMAS A. JOHNSON
2                                             Attorney for Defendant
                                              SARTAJ CHAHAL
3

4  DATED:  May 11th, 2011                     BENJAMIN WAGNER
                                              United States Attorney
5
                                      By:     /s/ Thomas Johnson for
6                                             JASON HITT
                                              Assistant U.S. Attorney
7

8

9
   **IT IS SO ORDERED.**
10
   Dated:  May 11th, 2011               _____
11                                       FRANK C. DAMRELL, JR.
12                                       UNITED STATES DISTRICT JUDGE