THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Sartaj Chahal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARTAJ CHAHAL, et al.,<br><br>Defendants. | Case No.: 2:09-cr-00125-FCD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND REQUEST FOR BRIEFING SCHEDULE<br><br>Date:  August 29, 2011<br>Time:  10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 8, 2011 at 10:00 a.m. is continued to August 29, 2011. On August 29, 2011, Defendant will move for a new trial and requests a hearing on that date. The Judgment and Sentencing will be re-scheduled at the motion hearing, if necessary. Jason Hitt, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are in agreement with the proposed briefing schedule:

New Trial Motion:            July 11, 2011

Government's Opposition:     August 15, 2011

Defendant's Reply:           August 22, 2011

It is further stipulated that the period from the date of this stipulation through and including August 29, 2011, be excluded in computing the time within which trial must

STIPULATION AND ORDER        - 1 -

1 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and
2 Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  June 21, 2011               By:     /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            SARTAJ CHAHAL

DATED:  June 21, 2011                       BENJAMIN WAGNER
                                            United States Attorney

                                    By:     /s/ Thomas Johnson for
                                            JASON HITT
                                            Assistant U.S. Attorney

    **IT IS SO ORDERED.**

Dated: June 21, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE