UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-09-0125 KJM |
| Plaintiff, | |
| v. | ORDER |
| SARTAJ CHAHAL, | |
| Defendant. | |

On March 30, 2012 defendant filed a request to unseal the transcript of the February 8, 2010 hearing (ECF 111) for the purpose of inclusion in his appeal. The government has opposed this request. While the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control as to aspects of the case involved in appeal," *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982), assembling the record is not such an aspect.

Accordingly, the government is ordered to file a copy of the February 8, 2010 hearing transcript under seal, with a copy to appellate counsel, Charles Bonneau.

DATED:   April 19, 2012.

_____
UNITED STATES DISTRICT JUDGE