HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
SARTAJ CHAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SARTAJ CHAHAL,<br><br>　　　　　Defendant. | Case No.  2:09-cr-125-WBS<br><br>ORDER TO FILE EXHIBIT E TO MOTION FOR COMPASSIONATE RELEASE UNDER SEAL |

**IS HEREBY ORDERED** that the Request to Seal the medical records in Mr. Chahal's case be granted so that the private medical information is not available on the public docket. The Exhibit is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  October 26, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order to Seal Documents　　　　-1-