MCGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00125-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| SARTAJ CHAHAL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 26, 2020. Docket No. 308. Pursuant to Local Rule, the government's response is due on November 2, 2020, with any reply from the defendant due on November 5, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 16, 2020;

STIPULATION RE BRIEFING SCHEDULE          1

    b) The defendant's reply to the government's response to be filed on or before November 23, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 27, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ JASON HITT<br>JASON HITT<br>Assistant United States Attorney |
| Dated: October 27, 2020 | /s/ HANNAH R. LABAREE<br>HANNAH R. LABAREE<br>Counsel for Defendant<br>SARTAJ CHAHAL |

## FINDINGS AND ORDER

  Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a) The government's response to the defendant's motion, Docket No. 308, is due on or before November 16, 2020;

  b) The defendant's reply to the government's response, if any, is due on November 23, 2020.

IT IS SO FOUND AND ORDERED.

Dated: October 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE