HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
SARTAJ CHAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00125-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND MOTION DEADLINE |
| SARTAJ CHAHAL | |
| Defendant. | Judge: Hon. William B. Shubb |

The parties hereby request that the deadline for the defendant's Reply to the government's Opposition to the Motion for Compassionate Release be extended from November 23, 2020 to December 7, 2020.

Dated: November 23, 2020

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah Labaree*
    HANNAH LABAREE
    Assistant Federal Defender
    Attorney for Defendant
    SARTAJ CHAHAL

Dated: November 23, 2020

    MCGREGOR SCOTT
    United States Attorney

    */s/Jason Hitt*
    JASON HITT

Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.

The Court orders the November 23, 2020 deadline extended to December 7, 2020.

Dated: November 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE